UTICA,
October, 1820.

JACKSON
v.
KELLER.

SIVER *against* NORTH.

The plaintiff cannot amend his declaration, nor the defendant his plea, *as of course*, within the 20 days, by adding a new count, or a new plea. This can only be done by leave of the Court.

THE declaration in this cause contained a single count, to which the defendant pleaded the general issue, and a special plea, and gave notice of a rule that the plaintiff reply, &c. Within twenty days thereafter, the plaintiff delivered to the defendant a declaration which he had amended, by adding a second count, with notice to plead, &c. which amendment had been made without any application to the Court. The defendant's attorney, without regarding the second declaration, entered the default of the plaintiff for not replying to the plea to the first declaration.

*E. Williams*, for the plaintiff, moved to set aside the default.

*Starkweather*, contra.

*Per Curiam.* The plaintiff cannot amend his declaration, as of course, by adding a new count; nor can the defendant amend his plea, of course, by adding a new plea. It can only be done by leave of the Court, on special application for that purpose. On this ground, the motion ought to be denied; but as there appears to have been a mistake on the part of the plaintiff's attorney, as to the practice, we grant the rule, on payment of costs.